McGraw Hill Publishing Company, Incorporated, complainant,

*v.*

Sloan & Chace, Incorporated, defendant.

[Decided February 3d, 1930.]

*Messrs. Palmer & Powell,* for the appellant.

*Messrs. Meisterman & Kitchen,* for the respondent.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church, and reported in *104 N. J. Eq. 120.*

*For affirmance*—The Chief-Justice, Trenchard, Parker, Kalisch, Black, Campbell, Lloyd, Case, Bodine, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 14.